AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| MCCALLA, JON P. | U.S. DISTRICT COURT | 5/12/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. DISTRICT JUDGE (ACTIVE) | ☐ Nomination  Date <br> ☐ Initial  ☑ Annual  ☐ Final <br> 5b. ☐ Amended Report | 01/01/2011 to 12/31/2011 |

**7. Chambers or Office Address**

167 N. MAIN STREET
11TH FLOOR
MEMPHIS, TN 38103

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2011 | MCCALLA EAR, NOSE & THROAT, P.C. - PHYSICIAN |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCCALLA, JON P. | 5/12/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCCALLA, JON P. | 5/12/2012 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. 1ST TN BANK - CHECKING/ SAVING, MEMPHIS, TN | A | Interest | J | T | | | | | |
| 2. _____ FARMS, SHELBY CO, TN | B | Rent | K | R | | | | | |
| 3. SHS TRUSTMARK BANK COMMON | B | Dividend | K | T | | | | | |
| 4. FARM LAND #1, SHELBY COUNTY, TN 12/16/94 | B | Rent | K | Q | | | | | |
| 5. FARM LAND #2, SHELBY COUNTY, TN 11/28/94 | B | Rent | J | Q | | | | | |
| 6. FARM LAND #3, SHELBY COUNTY, TN 11/28/94 | B | Rent | J | Q | | | | | |
| 7. SHS TRUSTMARK BANK COMMON | C | Dividend | L | T | | | | | |
| 8. IRA-WELLS FARGO-FIRST EAGLE SOGEN FDS INC GLOBAL FD CL A | C | Dividend | M | T | | | | | |
| 9. IRA-WELLS FARGO-AMERICAN FUNDS-NEW PERSPECTIVE | A | Dividend | K | T | | | | | |
| 10. IRA-WELLS FARGO-FLOWERS INDUSTRIES SHS COMMON | | None | J | T | | | | | |
| 11. SHS HANOVER INS | A | Dividend | J | T | | | | | |
| 12. AMERICAN FUNDS-INVESTMENT CO OF AMERICA | A | Dividend | K | T | | | | | |
| 13. AMERICAN FUNDS-AMERICAN NEW PERSPECTIVES FUND | A | Dividend | K | T | | | | | |
| 14. FRACTIONAL INTERESTS IN FARM LAND, SHELBY CO., TN | B | Rent | K | W | | | | | |
| 15. FRACTIONAL INTEREST IN FARM LAND, INHERITED, SHELBY CO, TN | B | Rent | L | W | | | | | |
| 16. IRA-WELLS FARGO-VAN KAMPEN FD-VAN KAMPEN GROWTH & INCOME | A | Dividend | K | T | | | | | |
| 17. IRA-WELLS FARGO-AMERICAN FUNDS-GROWTH FUND OF AMERICA | | None | L | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCCALLA, JON P. | 5/12/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. IRA-WELLS FARGO-ALLSTATE LIFE INS T-LINK ANNUITY | C | Interest | M | T | | | | | |
| 19. COMMERCIAL REAL ESTATE-MEMPHIS, TN | F | Rent | N | R | | | | | |
| 20. IRA-WELLS FARGO-GENERAL ELECTRIC | | None | K | T | | | | | |
| 21. IRA-WELLS FARGO-PIMCO FUNDS-PAC INVT MGMT COM REAL RET STRAT | D | Dividend | K | T | | | | | |
| 22. IRA-WELLS FARGO-HOTCHKIS & WILEY FD- LRG CAP VAL FDS CL C | A | Dividend | K | T | | | | | |
| 23. PUTNAM FUNDS-PUTNAM FLOATING RATE INCOME FD CL C | B | Dividend | K | T | | | | | |
| 24. IRA-WELLS FARGO-NUVEEN-NUVEEN TRADEWINDS VALUE OPP FD CL C | B | Dividend | K | T | | | | | |
| 25. IRA-WACHOVIA-CASH | A | Interest | K | T | | | | | |
| 26. WACHOVIA BANK DEPOSIT SWEEP | A | Interest | K | T | | | | | |
| 27. IRA-WELLS FARGO-RYDEX SERIES FUNDS-MANAGED FUTURES STRATEGY | | None | K | T | | | | | |
| 28. SHS TRUSTMARK BANK COMMON | A | Dividend | J | T | | | | | |
| 29. AMERICAN FUNDS-TAX EXEMPT BOND FUND CL C | A | Interest | K | T | | | | | |
| 30. AMERICAN FUNDS-TAX EXEPMT BOND FUND CL A | A | Interest | K | T | | | | | |
| 31. CALAMOS INVT TR NEW CONVERTIBLE FUND | C | Dividend | K | T | | | | | |
| 32. ING FUNDS INTERMEDIATE BOND FUND | B | Dividend | K | T | | | | | |
| 33. PUTNAM DIVERSIFIED INCOME TR | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCCALLA, JON P. | 5/12/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 34. IRA-WELLS FARGO-INVESCO CONSTELLATION FUND- INSTL | | None | J | T | | | | | |
| 35. IRA-WELLS FARGO-CALAMOS NEW MARKET NEUTRAL CL I | | None | L | T | | | | | |
| 36. IRA-WELLS FARGO-CALAMOS INVT TR NEW CONVERTIBLE CL I | C | Dividend | K | T | | | | | |
| 37. IRA-WELLS FARGO-GROWTH FUND OF AMERICA CL FI | A | Dividend | K | T | | | | | |
| 38. IRA-WELLS FARGO-HOTCHKIS & WILEY LARGE CAP VAL CL I | B | Dividend | L | T | | | | | |
| 39. IRA-WELLS FARGO-FIRST EAGLE FDS INC GLOBAL | A | Dividend | J | T | | | | | |
| 40. FIDELITY-NUVEEN DIVID ADVANT. MUN FD | B | Dividend | K | T | | | | | |
| 41. FIDELITY-NUVEEN PREMIER MUN INC FD | A | Dividend | K | T | | | | | |
| 42. FIDELITY-NUVEEN INVT QUALITY MUN FUND | B | Dividend | K | T | | | | | |
| 43. FIDELITY-NUVEEN QUALITY INCOME MUN FUND | B | Dividend | K | T | | | | | |
| 44. FIDELITY-NUVEEN SELECT QUALITY MUN FUND | B | Int./Div. | K | T | | | | | |
| 45. FIDELITY-CASH | A | Interest | L | T | | | | | |
| 46. FIDELITY-WESTERN ASSET MANAGED (ticker MMU) FUND | A | Dividend | J | T | | | | | |
| 47. TEMPLETON GLOBAL BOND FUND | B | Dividend | K | T | Buy | 08/17/11 | K | | |
| 48. PROCTOR & GAMBLE | | None | K | T | Buy | 09/7/11 | J | | |
| 49. GENERAL MILLS | | None | K | T | Buy | 09/7/11 | K | | |
| 50. IRA-WELLS FARGO CAP XI 6.25% | | None | K | T | Buy | 12/22/11 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCCALLA, JON P. | 5/12/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 51. IRA-TEMPLETON INCOME TR GLOBAL ADV | | None | K | T | Buy | 12/22/11 | K | | |
| 52. IRA-TEMPLETON GLOBAL BOND FUND | | None | K | T | Buy | 12/22/11 | K | | |
| 53. IRA-PIMCO GLOBAL MULTI ASSET | C | Dividend | L | T | Buy | 12/22/11 | L | | |
| 54. IRA-MORGAN STANLEY FLEXIBLE INCOME | | None | L | T | Buy | 12/22/11 | L | | |
| 55. IRA-LORD ABBOT SHORT DURATION INCOME | | None | K | T | Buy | 12/22/11 | K | | |
| 56. IRA-LOOMIS SAYLES STRATEGIC INCOME | | None | L | T | Buy | 12/22/11 | L | | |
| 57. IRA-LOOMIS SAYLES INVT GRADE BOND | B | Dividend | L | T | Buy | 12/22/11 | L | | |
| 58. IRA-INVESTMENT CO OF AMERICA | | None | K | T | Buy | 12/22/11 | K | | |
| 59. IRA-HUSSMAN INVT STRATEGIC TOTAL RETURN | | None | L | T | Buy | 12/22/11 | L | | |
| 60. IRA-GENERAL ELECTRIC | | None | K | T | Buy | 12/22/11 | K | | |
| 61. IRA-GATEWAY FUND | | None | L | T | Buy | 12/22/11 | L | | |
| 62. IRA-FIDELITY ADV NEW INSIGHTS | | None | L | T | Buy | 12/22/11 | L | | |
| 63. IRA-FIDELITY ADV STRATEGIC INCOME | | None | K | T | Buy | 12/22/11 | K | | |
| 64. IRA-DOUBLELINE TOTAL RETURN BOND | | None | L | T | Buy | 12/22/11 | L | | |
| 65. IRA-COLUMBIA ACORN FUND | | None | K | T | Buy | 12/22/11 | K | | |
| 66. IRA-BOND FUND OF AMERICA | A | Dividend | M | T | Buy | 12/22/11 | M | | |
| 67. IRA-AIM SECTOR INVESCO VAN KAMPEN COMSTOCK | | None | K | T | Buy | 12/22/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 68. IRA-INVESCO CORE PLUS BOND FUND | | None | K | T | Buy | 12/22/11 | K | | |
| 69. IRA-AT&T | | None | K | T | Buy | 12/22/11 | K | | |
| 70. IRA-CASH | | None | J | T | Buy | 12/22/11 | J | | |
| 71. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCCALLA, JON P. | 5/12/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

SCHEDULE VII, LINE 2
1/3 INTEREST IN ▓▓▓▓▓▓ FARMS, SHELBY COUNTY, TENNESSEE WAS PURCHASED ON JULY 20, 1982 FOR $96,800.  THIS LAND IS IN AGRICULTURAL USE.

SCHEDULE VII, LINE 4
INHERITED AN UNDIVIDED 1/12 INTEREST IN FARM LAND IN SHELBY COUNTY, TENNESSEE, DATED 12/16/94.

SCHEDULE VII, LINES 5 & 6
RECEIVED AN UNDIVIDED 1/6 INTEREST IN FARM LAND AND AN UNDIVIDED 1/12 INTEREST IN FARM LAND LOCATED IN SHELBY COUNTY, TENNESSEE, DATED 11/28/94.

SCHEDULE VII, LINE 14
FRACTIONAL INTERESTS IN FARM LAND IN SHELBY COUNTY, TENNESSEE GIFTED IN 2000.

SCHEDULE VII, LINE 15
FRACTIONAL INTEREST IN FARM LAND IN SHELBY COUNTY, TENNESSEE INHERITED IN 1992.

SCHEDULE VII, LINE 19
COMMERCIAL REAL ESTATE WAS PURCHASED 8/3/03 FOR $479,988.

SCHEDULE VII, LINES 50-70
THESE ADDITIONS WERE A ROLLOVER FROM AN EMPLOYER SPONSORED PLAN TO THE IRA.

| Name of Person Reporting | Date of Report |
|---|---|
| MCCALLA, JON P. | 5/12/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ JON P. MCCALLA

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544